UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLAUDELL EARL MARTIN,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>LOADHOLT,<br><br>　　　　　Defendant.<br>_____/ | CASE NO. 1:10-CV-00156-LJO-MJS PC<br><br>ORDER DENYING PLAINTIFF'S MOTION FOR STATUS<br><br>(ECF No. 14) |

　　　On February 1, 2010, Plaintiff Claudell Earl Martin, a state prisoner proceeding pro se and in forma pauperis, filed this civil rights action pursuant to 42 U.S.C. § 1983. (ECF No. 1.)

　　　On January 13, 2012, Plaintiff filed a Motion for Status, citing delay in screening his Complaint and requesting service on Defendant. (ECF No. 14.)

　　　On February 16, 2012, the Court issued its Order Dismissing Plaintiff's Complaint with Leave to Amend. (ECF No. 15.)

　　　The Court will not direct service by the United States Marshal absent a pleading containing cognizable claims for relief against the named Defendant.

　　　Plaintiff's Motion for Status is moot.

///////

-1-

-2-

Accordingly, for the foregoing reasons, it is ORDERED that Plaintiff's Motion for Status (Doc. 14) is DENIED.

IT IS SO ORDERED.

Dated:     February 17, 2012                 /s/ *Michael J. Seng*
                                            UNITED STATES MAGISTRATE JUDGE